IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Petitioner,                    No. 2:12-cv-1502 EFB P

    vs.

DOMINGO URIBE, JR.,

    Respondent.              <u>ORDER</u>

                                 /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). The court's docket indicates that petition has attempted to pay the $5.00 filing fee, but the check he submitted was returned for uncollected funds on his account. Petitioner is hereby notified that if he is unable to pay the filing fee, he may submit an application for leave to proceed *in forma pauperis*.

////

////

////

1

1       Within 30 days from the day this order is served, petitioner may submit either the filing
2 fee or the application required by section 1915(a).  Petitioner's failure to comply with this order
3 will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed
4 to mail to petitioner a form application for leave to proceed *in forma pauperis*.

5       So ordered.

6 Dated:  July 3, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE