IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Petitioner,                   No. 2:12-cv-1502 EFB P

    vs.

DOMINGO URIBE, JR.,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2012, the undersigned directed respondent to file a response to the petition within 60 days. Dckt. No. 5. On September 14, 2012, petitioner filed a motion to amend his petition and requested the court grant him 90 days to submit an amended petition. Dckt. No. 9. On January 21, 2012, Charles M. Bonneau filed a Notice of Appearance as counsel for petitioner. Dckt. No. 11.

    An application for a writ of habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242. Rule 15(a)(1) of the Federal Rules of Civil Procedure provides that "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after

1

service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Here, respondent was ordered to file a response to the petition by October 9, 2012. *See* Fed. R. Civ. P. 6(a). Petitioner may therefore file an amended petition as a matter of course. However, given that petitioner's recently obtained counsel is unlikely to be able to conduct a review of petitioner's case and draft an amended petition within 21 days after the date the response is due, the court will vacate the current filing date for respondent's response to the petition and provide petitioner the requested 90 days to file an amended petition.

Accordingly, it is hereby ORDERED that:

1. The deadline for filing a response to the petition for writ of habeas corpus is vacated;

2. Petitioner's motion for leave to file an amended petition, Dckt. No. 9, is granted; and

3. Petitioner shall file an amended petition within 90 days of the date this order is issued.

DATED: October 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE