CHARLES M. BONNEAU
(State Bar No.: 056583)
331 J Street, Suite 200
Sacramento, CA 95814
(916) 444-8828
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | 2:12-cv-1502 AC |
| Petitioner, | |
| v. | **ORDER** |
| DOMINGO URIBE, Jr., Warden, | (28 U.S.C. Sec. 2254) |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing the amended petition for habeas corpus is extended to April 1, 2013.

Date:  December 19, 2012.

*allison Claire*

ALLISON CLAIRE
U.S. MAGISTRATE JUDGE

Harr1502.eot

1