1  William L. Schmidt, Esq. SBN 206870
   William L. Schmidt, Attorney At Law, P.C.
2  377 W. Fallbrook Avenue, Suite 205
   Fresno, CA 93711
3  Telephone: 559.261.2222
   Facsimile: 559.436.8163
4  Email: bschmidt@ncinternet.net

5  Attorney for Plaintiff
   WAYDE HOLLIS HARRIS

6

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | Case No.: 2:12-cv-01502-AC |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]** |
| DOMINGO URIBE, JR., | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, subject to approval by the court, Wayde Hollis Harris substitutes William L. Schmidt, Attorney At Law, P.C. SBN 206870 as counsel of record in place of Charles M. Bonneau, Jr..

Contact information for new counsel is as follows:

> William L. Schmidt,
> Attorney at Law, P.C.
> 377 W. Fallbrook Avenue, #205
> Fresno, CA  93711
> Telephone: 559.261.2222
> Email: bschmidt@ncinternet.net

///

///

///

///

I, Wayde Hollis Harris, Plaintiff in the above-captioned action hereby acknowledge and consent to the above substitution.

Date: January 31, 2013                                    /s/ Wayde Hollis Harris
                                                                                          Wayde Hollis Harris


I, Charles M. Bonneau, Jr., consent to being substituted.

Date:  February  19, 2013                    CHARLES M. BONNEAU, JR., ATTORNEY AT LAW

                                                                                          /s/ Charles M. Bonneau, Jr.
                                                                                           Charles M. Bonneau, Jr., Esq.


I, William L. Schmidt, consent to the above substitution.

Date:  February 21, 2013                    WILLIAM L. SCHMIDT,
                                                                  WILLIAM L. SCHMIDT ATTORNEY AT LAW, P.C.



                                                                                /s/William L. Schmidt
                                                                                William L. Schmidt, Esq.
                                                                                Attorney for Plaintiff Wayde Hollis Harris


The substitution of attorney is hereby approved and so ORDERED.

Date: February 22, 2013.                    */s/ Allison Claire*
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of William L. Schmidt Attorney at Law and my business address is 377 W. Fallbrook Ave., Suite 205, Fresno, CA 93711. On the date stated below, I served a true copy of:

**NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]**

☒ **1.** By electronic filing, upon all other parties who have appeared via electronic mail through CM/ECF.

**2.** By Overnight Delivery by placing said document(s) in a sealed Overnight Delivery envelope addressed as shown below and causing such envelope delivered by commercial carrier service for overnight delivery to the addresses shown below.

**3.** By mail, by placing said document(s) in an envelope addressed as shown below and upon all other parties who have appeared via electronic mail through CM/ECF. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

**4**. By e-mail pursuant to the agreement of the parties to use e-mail transmission as the method of service to the e-mail address listed below. The transmission of the documents was reported as complete and without error.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Fresno, California on February 22, 2013.

/s/Debi Jonigian-Schmidt

Debi Jonigian-Schmidt

PROOF OF SERVICE   1
CASE NO.: 2:12-CV-01502