IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Petitioner,                             No.2:12-cv-1502 AC P

    vs.

DOMINGO URIBE, Jr., Warden,

    Respondent.                         ORDER

_____/

        Petitioner, a prisoner now proceeding with retained counsel, has filed a petition pursuant to 28 U.S.C. §2254. Petitioner has been granted until July 1, 2013 to file an amended petition. See ECF No. 19. On April 18, 2013, petitioner filed a motion for this court to order unsealed a number of Marsden hearings placed under seal in the San Joaquin County Superior Court. The motion will be denied because the subject records were not sealed by this court and the undersigned does not have control over them.

        Petitioner should direct his motion to the court in which the records are filed under seal. This court does find that the records of the Marsden hearings are necessary to litigation of petitioner's Sixth Amendment claims alleging ineffective assistance of counsel. Accordingly, petitioner may wish to provide this order to the appropriate state court judge in

1

support of a request to unseal the <u>Marsden</u> hearing records.

IT IS SO ORDERED.

DATED: April 26, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
harr1502.ord