1  William L. Schmidt, Esq. SBN 206870
   William L. Schmidt, Attorney At Law, P.C.
2  377 W. Fallbrook Avenue, Suite 205
   Fresno, CA 93711
3  Telephone: 559.261.2222
   Facsimile: 559.436.8163
4  Email: bschmidt@ncinternet.net

5  Attorney for Plaintiff
   WAYDE HOLLIS HARRIS

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

| WAYDE HOLLIS HARRIS, | Case No.: 2:12-cv-01502-AC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]** |
| DOMINGO URIBE, JR., | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, Wayde Hollis Harris substitutes  Emry J. Allen,  as counsel of record in place of William L. Schmidt

Contact information for new counsel is as follows:

> Emry J. Allen
> Attorney at Law
> 5050 Laguna Blvd., Ste 112-336
> Elk Grove, CA  95758

///

///

///

///

1
NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]

Case No.:  2:12-CV-01502

1    I, Wayde Hollis Harris, Plaintiff in the above-captioned action hereby acknowledge and consent

2  to the above substitution.

3

4  Date:   5/20/13                                       /s/<u>Wayde Hollis Harris</u>
                                                          Wayde Hollis Harris

5

6

7

8    I, William L. Schmidt., consent to being substituted.

9

10  Date: 5/24/13                              WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

11

12                                              /s/<u>William L. Schmidt</u>
                                                William L. Schmidt

13

14    I, Emry J. Allen, consent to the above substitution.

15

16  Date: 5/20/13                                EMRY J. ALLEN, ATTORNEY AT LAW

17

18                                              /s/<u>Emry J. Allen</u>
                                                Emry J. Allen
19                                              Attorney for Plaintiff Wayde Hollis Harris

20

21    The substitution of attorney is hereby approved and so ORDERED.

22  Date: May 24, 213

23                                              _____
                                                ALLISON CLAIRE
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2

Case No.:  2:12-CV-01502

NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]

**Proof of Service**

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause.  I am an employee of William L. Schmidt  Attorney at Law and my business address is 377 W. Fallbrook Ave., Suite 205, Fresno, CA  93711.  On the date stated below, I served a true copy of:

**NOTICE OF SUBSTITUTION OF ATTORNEY [PROPOSED]**

☒ **1.** By electronic filing, upon all other parties who have appeared via electronic mail through CM/ECF.

**2.** By Overnight Delivery by placing said document(s) in a sealed Overnight Delivery envelope addressed as shown below and causing such envelope delivered by commercial carrier service for overnight delivery to the addresses shown below.

**3.** By  mail, by placing said document(s) in an envelope addressed as shown below and upon all other parties who have appeared via electronic mail through CM/ECF.  I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

**4**. By e-mail pursuant to the agreement of the parties to use e-mail transmission as the method of service to the e-mail address listed below. The transmission of the documents was reported as complete and without error.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Fresno, California on May 24, 2013.

/s/Debi Jonigian-Schmidt

Debi Jonigian-Schmidt

PROOF OF SERVICE
CASE NO.: 2:12-CV-01502

1