UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | No. 2:12-cv-1502 AC P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed January 12, 2016, respondent was ordered to file, within sixty days, an answer to the instant petition or a motion to dismiss. Respondent has not filed an answer, a motion to dismiss, or a request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely file the answer or motion to dismiss.

DATED: March 18, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE