UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR.,<br><br>Respondent. | No. 2:12-cv-1502 AC P<br><br><br><br>ORDER |

The court has reviewed the response of respondent's counsel (ECF No. 66) to this court's order to show cause filed March 18, 2016 (ECF No. 65). Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause filed March 18, 2016 (ECF No. 65), is discharged.
2. The time for respondent to file and serve a response is extended to April 25, 2016.

DATED: March 22, 2016.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1