UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | No. 12-cv-1502 AC P |
| Petitioner, | |
| v. | ORDER |
| DOMINGO URIBE, JR., | |
| Respondents. | |

Petitioner, who is represented by counsel, has filed a pro se request for judicial notice. ECF No. 93. This petition for writ of habeas corpus was dismissed and judgment was entered on October 18, 2016. ECF Nos. 88, 89. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings. The Clerk of the Court shall serve a courtesy copy of this order to petitioner, Wayde Hollis Harris, CDCR #G-36394, at CSP-Solano, P.O. Box 4000, Vacaville, CA 95696.

DATED: March 7, 2017

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE